IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DONALD RAY NEWTON, JR, | * |
| Petitioner, | * |
| v. | Case No.  5:21-cv-00254-TES-CHW |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 6, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 7th day of October, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk